**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6006**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MATTHEW LANE DRENNEN,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., District Judge. (CR-95-27-5)

———————

Submitted: May 26, 2004          Decided: June 14, 2004

———————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Matthew Lane Drennen, Appellant Pro Se. Paul Thomas Camilletti, OFFICE OF THE UNITED STATES ATTORNEY, Martinsburg, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Matthew Lane Drennen appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Drennen, No. CR-95-27-5 (N.D.W. Va. Oct. 9, 2003); see also United States v. Capers, 61 F.3d 1100, 1109 (4th Cir. 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED